IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

IN RE: ) 
) Bankruptcy No. 20-00142
AMANDA LEIGH STOUDT, )
) Related Doc. 8
)
Debtor. ) Movant: Tara Weir

## ORDER Regarding Stay

Date of Hearing: March 6, 2020

A preliminary hearing on movant's motion was held. The following appearances were entered:

Debtor  Jeffrey Taylor
Movant  Matt Reilly
Trustee  Wesley Huisinga

IT IS ORDERED the stay is lifted to pursue the insurance policy limits but not against Debtor individually. This stay order is filed without prejudice.

DATED AND ENTERED  March 6, 2020

_____
THAD J. COLLINS
CHIEF BANKRUPTCY JUDGE